IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA PERRY                    :    CIVIL ACTION
                               :
          v.                   :
                               :
H&R BLOCK EASTERN              :
ENTERPRISES, INC.,             :    NO. 04-6108

ORDER

AND NOW, this 15th day of October, 2009, whereas the
Court entered an Order on August 18, 2009, permitting the
defendant to file a supplemental brief explaining whether and to
what extent the plaintiff can be held accountable for its costs
and attorneys' fees in view of the Court's ruling on damages
(Docket No. 130), and whereas the defendant did not file such a
supplemental brief, IT IS HEREBY ORDERED that judgment is entered
in the amount of $1.00 against the counterclaim defendant, Donna
Perry, and for counterclaim plaintiff, H&R Block Eastern
Enterprises, Inc., on H&R Block's claim for breach of contract.
This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.